Case 06-21732    Doc 55    Page 1 of 2

FILED
November 16, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000612671

Byron Lee Lynch, State Bar No. 074729
1805 Hilltop Drive, Suite 202
Redding, CA 96002
Telephone [530] 224-1133

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. | **06-21732-7** |
|---|---|---|
| MICHAEL METZGER, | MC#: | PDM-1 |
| | Date: | Nov. 28, 2006 |
| Debtor. | Time: | 9:30 a.m. |
| | Dept: | C |
| | Ct Rm. | 35 |

STIPULATION TO CONTINUE HEARING

**Recitals**:

1. This Chapter 7 case was filed pursuant to Chapter 7 on May 24, 2006. Trustee has retained Byron Lee Lynch as counsel for the estate and preliminary settlement discussions with the debtor, and his non-filing spouse, are pending. Debtor has agreed, in principal only, to pay the estate $55,000 but that settlement has been delayed to determine whether a residence located at 25 Roohr Court, Chico, CA, 95928 (Residence), which is titled to debtor's non-filing spouse, may be refinanced to provide the settlement funds.

2. This motion for relief from the Automatic Stay will become moot if the Residence is refinanced because the underlying loan will necessarily be paid from the new loan proceeds.

3. The parties to this agreement claim an interest in the Residence and each believe their interest would be served by continuing this pending

LAW OFFICES OF
BYRON LYNCH
REDDING, CALIFORNIA 96002
530-224-1133

Page 1 of 2
Stipulation

Motion For Relief From Automatic Stay, to allow a reasonable time to complete refinancing the of the Residence.

**Agreement:**

4. The parties agree that the court may continue the hearing on this Motion For Relief From Automatic Stay (PDM-1) until February 6, 2007, or the first hearing date thereafter.

5. Pending the continued hearing date, Debtor Michael Metzger, and his non-filing spouse, Linda Metzger, agree to make and maintain all obligations arising from or related to the Residence, current, including monthly loan payments due the moving party, First Franklin, real estate taxes, and insurance. Debtor Michael Metzger, and Linda Metzger, further agree to maintain the Residence in its current condition and state of repair pending this continuance, and not to commit or allow waste to affect the value of the Residence.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of November 9, 2006.

*Original signed*
Byron Lee Lynch
Counsel to John Reger

*Original signed*
Adam B. Arnold
For First Franklin

*Original signed*
Michael Metzger, Debtor

*Original signed*
Doug Jacobs
Counsel to Michael Metzger

LAW OFFICES OF
BYRON LYNCH
REDDING, CALIFORNIA 96002
530-224-1133