FILED
December 20, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000639401

Byron Lee Lynch, State Bar No. 074729
1805 Hilltop Drive, Suite 202
Redding, CA 96002
Telephone [530] 224-1133

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. | **06-21732-7** |
|---|---|---|
| **MICHAEL METZGER,** | MC#: | BLL-2 |
| | Date: | Jan. 9, 2007 |
| Debtor. | Time: | 9:30 a.m. |
| | Dept: | C |
| | Ct Rm. | 33 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that John Reger, Trustee, has filed a Motion for to approve a *Tripartite Settlement Agreement* between the debtor, Michael Metzger, (Debtor), the Debtor's non filing spouse Linda Metzger, (Linda), and John Reger, in his capacity as Trustee of this bankruptcy case (Reger). By the terms of the Agreement, if approved, a residence located at 25 Roohr Court, Chico, CA, 95928 (Residence) will become the community property of the estate. Linda will be allowed to redeem the estate's interest in the Residence by the payment of $55,000 cash to the estate.

NOTICE IS FURTHER GIVEN that a hearing will be heard on <u>January 9, 2007</u> before the Bankruptcy Judge, 6th Floor, Courtroom 33, at 501 " I " Street, Sacramento, California. At the hearing, the Court may continue this matter without further written notice.

<u>YOUR RIGHTS MAY BE AFFECTED</u>. You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

OPPOSITION, if any, to the granting of the relief requested by the motion may be in writting or stated orally at the hearing.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before that date required by the Local Bankruptcy Rules, Rule 9014-1.

You must also mail a copy **to both:**

LAW OFFICES OF
BYRON LYNCH
REDDING, CALIFORNIA 96002
530-224-1133

Byron Lee Lynch,   John Reger
Attorney at Law,   Bankruptcy Trustee
1805 Hilltop Drive,   P.O. Box 933
Suite 202,   Palo Cedro, CA 96073
Redding, CA, 96002

As well as any other party who has filed a request for special notice.

Not all information on file with the Court in this case or set forth in the motion is set forth in this Notice, and any interested party desiring further particulars may review the Court's file in this case or the motion at the Office of the Clerk, 3rd Floor, 501 " I" Street, Sacramento, California, or a copy at The Law Office of Byron Lee Lynch, 1805 Hilltop Drive, Suite 202, Redding, California, 96002.

December 19, 2006

By: _____
Byron Lee Lynch
Attorney for Trustee
John Reger

LAW OFFICES OF
BYRON LYNCH
REDDING, CALIFORNIA 96002
530-224-1133